UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ALICIA DENTON,

                                 Plaintiff,

    -against-

MUHAMMAD MINHAS and KHALID CHAUDRY,

                                 Defendants.
-------------------------------------------------------------------x

Civil Action No.: CV15-0059

(Mauskopf, J.)
(Pohorelsky M.J.)

**NOTICE OF APPEARANCE**
**OF CO-COUNSEL**

    **PLEASE TAKE NOTICE,** that ANDREW J. SMILEY of SMILEY & SMILEY, LLP, 122 East 42nd Street, 39th Floor, New York, New York 10168, hereby appears as co-counsel in the above captioned matter along with GUY I. SMILEY of SMILEY & SMILEY, LLP.

Dated: New York, New York
         March 11, 2015

                                      Yours, etc.,

                                      SMILEY & SMILEY, LLP

                                      By:_____
                                         ANDREW J. SMILEY (AJS 2924)
                                      122 East 42nd Street, 39th Floor
                                      New York, New York 10168
                                      (212) 986-2022

